UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Wei Shi,                                                              Civil No. 12cv02411 PJS/JJK

    Plaintiff,

v.                                                                              **ORDER**

Kathryn Knight,

    Defendant.

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated November 2, 2012.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1.  Plaintiff's application for leave to proceed in forma pauperis, (Docket Nos. 2 and 7), is **DENIED**; and

    2.  This action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  12/21/12

                                                  s/Patrick J. Schiltz
                                                PATRICK J. SCHILTZ
                                                United States District Judge